JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNNY LEMERT SABBATH,** | NO. LA CV 14-09633-VBF |
| Petitioner, | |
| v. | RULE 58 FINAL JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

For the reasons stated in this Court's contemporaneously issued "Order Denying Petitioner's First and Second Motions to Reinstate His Habeas Corpus Action; Dismissing the Action With Prejudice; and Denying a Certificate of Appealability", **final judgment is hereby entered in favor of respondent and against petitioner Johnny Lemert Sabbath**.

DATED: December 21, 2015

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE